LOCKE LORD BISSELL & LIDDELL LLP
Conrad V. Sison (SBN: 217197)
csison@lockelord.com
Matthew B. McClendon (SBN: 256031)
mmcclendon@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California  90071
Telephone:  (213) 485-1500
Facsimile:   (213) 485-1200

Attorneys for Defendant
SAXON MORTGAGE SERVICES, INC.
(erroneously described in the Complaint as "American Home Mortgage")

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYAN CORSO, | CASE NO. CV09-00351 VAP (AGRx) |
| Plaintiff, | **JUDGMENT** |
| vs. | Honorable Manuel L. Real |
| OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, and DOES 1-50, Inclusive, | |
| Defendants. | |

This Court, having granted the Motion to Dismiss filed by Defendant Saxon Mortgage Services, Inc. with prejudice, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE and JUDGMENT IS RENDERED IN FAVOR OF DEFENDANTS.

DATED:   April 13, 2009

_____
Hon. Manuel L. Real
United States District Court Judge
Central District of California